**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN ADMIRALTY**

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF JOEL EDWARD WATSON AS OWNER OF THAT CERTAIN 2023 FOUNTAIN MODEL 38TE, U.S. COAST GUARD OFFICIAL NO. 1337134, HULL ID NO. FGQ8K230B232, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **CIVIL ACTION NO.: 1:23-cv-00292-HSO-RPM** <br><br> **(LEAD CASE) CONSOLIDATED WITH:** |
| **IN THE MATTER OF HERBERT STANFORD As Owner of the 2021 Blue Wave 2800 Makaira and her Cargo, Engines, Tackle, Gear, Appurtenances, Etc., In Rem** | **CIVIL ACTION NO. 1:23-CV-301-HSO-RPM** |

*THIS PLEADING APPLIES TO IN RE: WATSON, 1:23-CV-00292-HSO-RPM*
*AND IN RE: STANFORD, 1:23-CV-301-HSO-RPM*

**AGREED ORDER AND JUDGMENT OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS FILED IN THESE CONSOLIDATED LIMITATION PROCEEDINGS**

**CAME ON BEFORE THE COURT** the Joint Consent Motion by all parties for Dismissal With Prejudice of all claims (including all counterclaims, cross-claims and Rule 14(c) tenders) filed within these Limitation of Liability proceedings, under Civil Action Nos.: 1:23-CV-00292-HSO-RPM ("Watson Limitation") and 1:23-CV-301-HSO-RPM **(**"Stanford Limitation"). including without limitation the following:

A. the claims (R. Doc. Nos. 15 and 30) filed by Christopher Davis individually and as CO-ADMINISTRATOR OF THE ESTATE OF SAVANNAH GRACE DAVIS, who filed claims as an heir-at-law and wrongful death beneficiary of Savannah Davis;

B.    the claims (R. Doc Nos. 34 and 35) filed by Grace Elaine Darrow, individually and as CO-ADMINISTRATRIX OF THE ESTATE OF SAVANNAH DAVIS; and as an heir-at-law and wrongful death beneficiary of SAVANNAH DAVIS; and as court-appointed guardian of BRENNAN DAVIS in his capacity as a wrongful death beneficiary of SAVANNAH DAVIS, pursuant to the order of the Circuit Court for Santa Rosa County, Florida, Probate Division, in Case No. 572024GA000331GAAXMX; and

C.    the claims (R. Doc. No. 17) filed by Herbert Stanford in the Watson Limitation, and the cross-claims and counterclaims (R. Doc. Nos. 41, 42, 43, 49, 50, 51, 52 and 53) filed by Herbert Stanford in these consolidated proceedings; and

D.    the claims (R. Doc. 17) filed by GEICO Marine Insurance Company in the Watson Limitation; and

E.    the claims and counterclaims of Madison Stanford (R. Doc. No. 31) in the Watson Limitation; and

F.    the claims (R. Doc. 32) filed by Joel and Sabrina Watson in the Stanford Limitation; and

G.    the cross-claims (R. Doc. No. 48) of Sabrina Watson against Madison Stanford; and

H.    the cross-claims, counterclaims, and Rule 14(c) tenders (R. Doc. Nos. 44, 45, 46, 47) filed by Joel Watson against Herbert Stanford and Madison Stanford in these consolidated proceedings.

The undersigned counsel represent to the Court that these parties have resolved and executed releases for all claims among them, and request that all claims (and related cross-claims, counterclaims and Rule 14(c) tenders) filed in these consolidated proceedings should be Dismissed With Prejudice, with all parties to bear their own costs.

The Court having considered same finds said Motion to be well taken and that same should be granted.

**IT IS THEREFORE ORDERED and ADJUDGED** that all claims, cross claims, counterclaims, and Rule 14(c) tenders filed herein on behalf of CHRISTOPHER DAVIS, BRENNAN DAVIS, GRACE DARROW, JOEL WATSON, SABRINA WATSON, HERBERT STANFORD, MADISON STANFORD, and GEICO MARINE INSURANCE COMPANY, be and are hereby DISMISSED WITH PREJUDICE, with each party to bear its respective costs.

**IT IS FURTHER ORDERED and ADJUDGED** that the Watson Limitation and Stanford Limitation actions shall remain pending after the dismissals with prejudice set forth in this Order.

SO ORDERED, this the 5th day of June, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED BY ALL COUNSEL UNDERSIGNED AS FOLLOWS:

**ATTORNEYS FOR PETITIONER-IN-LIMITATION, HERBERT STANFORD, AND GEICO MARINE INSURANCE COMPANY**

By: */s/ William V. Westbrook, III*
WILLIAM V. WESTBROOK, III
(MS Bar #7119)
cwestbrook@pmp.org
PAGE, MANNINO, PERESICH & MCDERMOTT, PLLC
759 Howard Avenue
Biloxi, Mississippi 39530
Telephone: (228) 374-2100
Facsimile: (228) 432-5539

AND:

By: */s/ Jedd S. Malish*
JEDD S. MALISH
(LA Bar #23846) (admitted *pro hac vice*)
jmalish@kingjurgens.com
KING & JURGENS, LLC
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233

**ATTORNEYS FOR JOEL WATSON & SABRINA WATSON**

By: *s/ J. Carter Thompson, Jr.*
J. CARTER THOMPSON, JR.
(MS Bar #8195)
cthompson@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
One Eastover Center
100 Vision Center, Suite 400
Jackson, Mississippi 39211-6391
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

AND:

Christopher M. Hannan
(LA Bar #31765) (admitted *pro hac vice*)
channan@bakerdonelson.com
Lauren E. Burk
(LA Bar #34470) (admitted *pro hac vice*)
lburk@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

-*AND BY*-

**ATTORNEYS FOR MADISON STANFORD**

By: */s/ Vincent J. Castigliola, Jr.*
VINCENT J. CASTIGLIOLA, JR.
(MS Bar #5923)
vc@bnscb.com
BRYAN NELSON SCHROEDER CASTIGLIOLA & BANAHAN
1103 Jackson Avenue
Pascagoula, Mississippi 39567
Telephone: (228)762-6631

*-AND BY-*

| | |
|---|---|
| **ATTORNEYS FOR CHRISTOPHER MICHAEL DAVIS, INDIVIDUALLY AND AS CO-ADMINISTRATOR OF THE ESTATE OF SAVANNAH GRACE DAVIS** | **ATTORNEYS FOR GRACE E. DARROW, INDIVIDUALLY AND AS CO-ADMINISTRATRIX OF THE ESTATE OF SAVANNAH DAVIS, AND AS COURT-APPOINTED GUARDIAN OF BRENNAN DAVIS** |

By: */s/ Charles C. Bourque, Jr.*
CHARLES C. BOURQUE, JR.
(LA Bar #20118) (admitted *pro hac vice*)
cbourque@stmblaw.com
JOSEPH G JEVIC III
(LA Bar #23145) (admitted *pro hac vice*)
jjevic@stmblaw.com
ST. MARTIN & BOURQUE
315 Barrow Street
Houma, Louisiana 70360
Telephone: (985) 876-3891
Facsimile: (985) 851-2219

AND:

MICHAEL J. SHEMPER
(MS Bar#100531)
michael@shemperlaw.com
MICHAEL J. SHEMPER, PLLC
140 Mayfair Road, Suite 1200
Hattiesburg, MS 39402
Telephone: (601) 545-7787
Facsimile: (601) 545-1711

JAMES ROBERT "BOB" SULLIVAN, JR.
(MS Bar #8613)
bob@sst-lawoffice.com
SULLIVAN & SULLIVAN, PLLC
424 Sawmill Road
Post Office Box 45
Laurel, Mississippi 39441
Telephone: (601) 428-1505
Facsimile: (601) 428-1590

By: */s/ Nathan Ryne Hand*
NATHAN RYNE HAND
(MS Bar #105351)
rhand@handlawpllc.com
HAND LAW FIRM, PLLC
2600 13th Street, Suite 205 (39501)
Post Office Box 4267
Gulfport, Mississippi 39502
Telephone: (228) 299-3663

AND:

By: */s/ Joseph B. Marino, III*
JOSEPH B. MARINO, III
(LA Bar #29966) (*a*dmitted *pro hac vice)*
josh@jjclaw.com
JJC LAW
111 Veterans Memorial Boulevard, Suite 810
Metairie, Louisiana 70005
Telephone: (504) 513-8820
Facsimile: (504) 513-8824

AND:

By: */s/ David J. Saltaformaggio*
DAVID J. SALTAFORMAGGIO
(LA Bar #34071) (*a*dmitted *pro pac vice)*
david@voorhieslaw.com
THE VOORHIES LAW FIRM
1100 Poydras Street, Suite 2810
New Orleans, Louisiana 70163
Telephone: (504) 875-2223
Facsimile: (504) 875-4882