**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**
**IN ADMIRALTY**

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF JOEL EDWARD WATSON AS OWNER OF THAT CERTAIN 2023 FOUNTAIN MODEL 38TE, U.S. COAST GUARD OFFICIAL NO. 1337134, HULL ID NO. FGQ8K230B232, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **CIVIL ACTION NO.:** **1:23-cv-292-HSO-RPM** **CONSOLIDATED WITH:** |
| **IN THE MATTER OF HERBERT STANFORD As Owner of the 2021 Blue Wave 2800 Makaira and her Cargo, Engines, Tackle, Gear, Appurtenances, Etc., In Rem** | **CIVIL ACTION NO.:** **1:23-cv-301-HSO-RPM** |

**FINAL JUDGMENT**

In accordance with the Order [94] entered on June 5, 2025, and the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**, with each limitation petitioner to bear his own costs.

**SO ORDERED AND ADJUDGED**, this the 9th day of June, 2026.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE